## McGILL V. THE STATE.
(Decided June 1, 1911.)

APPEAL from Clay County Court.

Heard before Hon. E. J. GARRISON.

WHATLEY & CORNELIUS, for appellant.    R. C. BRICK-
ELL, Attorney General, for the State.

PELHAM, J.    Affirmed on the authority of *Patterson v.
The State,* 171 Ala.; 54 South. 696; *Ingram v. The State,*
54 South. 699.

---

## MARKS V. SPARKMAN.
(Decided April 6, 1911.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for either party.

Per curiam.    Appeal dismissed.

---

## MEADOWS V. THE STATE.
(Decided May 9, 1911.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant.    R. C BRICKELL,
Attorney General, for the State.

DE GRAFFENRIED, J.    There is no error in the record.
Affirmed.

---

## MILLER V. THE STATE.
(Decided June 6, 1911.)

APPEAL from Gadsden City Court.

Heard before Hon. A. H. ALSTON.

S. W. JOHNSON, for appellant.    R. C. BRICKELL, At-
torney General, for the State.

DE GRAFFENRIED, J.    No error appears of record.
Affirmed.